Robert Lee COGGIN; Jennifer Coggin; Raven Coggin, A minor child by her next friends, Robert Lee and Jennifer Coggin, Plaintiffs–Appellants,

v.

CITY OF LOCKHART, Texas, et. al, Defendants,

City of Lockhart, Texas; John Pastrano; Richard Torres; Abel Garza; Several yet to be named Lockhart City Police Officers; Lockhart City Supervisors; Caldwell County Texas; Ray Sanders, Mayor, City of Lockhart; Sam Allen, Former Chief of Police, Lockhart, Texas; H T Wright, Judge, County Judge; Daniel Law, Sheriff, Defendants–Appellees.

No. 04–51421.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 19, 2005.

Donald Thomas Cheatham, Law Offices of Donald T. Cheatham, Austin, TX, Plaintiff–Appellant.

William W. Krueger, III, Fletcher & Springer, Dallas, TX, Joanna Lippman Salinas, Fletcher & Springer, Deborah Herzberg Loomis, Michael A. Shaunessy, Ann Greenberg, Shaunessy Burnett & Greenberg, Austin, TX, for Defendant–Appellee.

Before JOLLY and BARKSDALE, Circuit Judges, and LITTLE, District Judge.[*]

PER CURIAM: [**]

*AFFIRMED. See* 5TH CIR. R. 47.6.

---

[*] District Judge for the Western District Of Louisiana, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.